# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

WAYNE CASE,

        Plaintiff,

v.

HOLLAND AMERICA LINE INC., et al.,

        Defendants.

C19-425 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue the trial date and related deadlines, docket no. 14, is GRANTED in part and DENIED in part, as follows.

    (a) The deadline for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) is EXTENDED from October 15, 2019, to December 2, 2019.

    (b) The deadline for completing discovery is EXTENDED from January 13, 2020, to February 3, 2020.

    (c) Except as granted in Paragraphs 1(a) & (b), above, the parties' stipulated motion is denied. All other dates and deadlines set forth in the Minute Order entered June 17, 2019, docket no. 12, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of October, 2019.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk