UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE CASE, <br><br> Plaintiff, <br><br> v. <br><br> HOLLAND AMERICA LINE INC., et al., <br><br> Defendants. | C19-425 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion, docket no. 16, brought by James S. Rogers, Heather M. Cover, and Michelle Hyer to withdraw as counsel of record for plaintiff Wayne Case is GRANTED. James S. Rogers, Heather M. Cover, Michelle Hyer, and the Law Offices of James S. Rogers are GRANTED leave to withdraw as counsel of record for plaintiff, effective immediately.

(2) If plaintiff Wayne Case wishes to be represented by counsel, he shall arrange for an attorney authorized to practice in this Court to file a notice of appearance on or before January 31, 2020. Absent timely filing of a notice of appearance, the Court will deem plaintiff as proceeding pro se in this litigation. Plaintiff is advised that, if he proceeds pro se, he will have an obligation to keep the Court apprised of his contact information and to provide the Court with any change of address. Plaintiff is also advised that, if he proceeds pro se, he will be expected to comply with the rules and orders of this Court and that he will be held to the same standards as lawyers authorized to practice before this Court.

(3) The trial date of May 4, 2020, and all related dates and deadlines remain in full force and effect. If another attorney timely appears on plaintiff's behalf, he or she may expeditiously seek a continuance of the trial date and/or related dates and deadlines.

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.  The Clerk is further directed to send a copy of this Minute Order to plaintiff Wayne Case at 6475 Chester St., Apt. 406, Vancouver, BC V5W 4B7, Canada.  In addition, James S. Rogers, Heather M. Cover, and Michelle Hyer are DIRECTED to personally serve[1] a copy of this Minute Order on plaintiff Wayne Case and to file proof of such service within fourteen (14) days of the date of this Minute Order.

Dated this 20th day of December, 2019.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

---

[1] Service by mail or email will not suffice.

MINUTE ORDER - 2